IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEX GERSKOVICH                                   :    INDEX NO. 15CV07280(RMB)
                                                  :    ECF CASE
                                                  :
                    Plaintiffs,                   :    Affidavit of Service
                                                  :
        - against -                               :
                                                  :
IOCCO, et al.                                     :
                                                  :
                    Defendants.                   :
-------------------------------------------------------------------X

Wylie Stecklow, being duly sworn, deposes and says:

1. I am not a party to the action, I am over eighteen years of age, and I reside in New York, N.Y.

2. On Thursday, September 24, 2015, at approximately 9:15 AM, I served a true copy of the summons and complaint in this action upon Michael Bloomberg by delivering the same to the New York City Law Department Headquarters:

   Corporation Counsel of the City of New York
   100 Church Street, Messenger Center
   New York, NY 10007

   and by leaving the same with Madelyn Santana, an document/records clerk with The City of New York Law Department, a female, approximately 30 years of age, who was a person of suitable age and discretion.

3. In addition, I had previously called the NYPD verifications unit and the Corporation Counsel, and learned that the defendant had authorized this location as proper service of this complaint.

_____
Wylie Stecklow

Sworn to before me this
22nd day of September

_____
NOTARY PUBLIC

DAVID ALLEN THOMPSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TH6208118
Qualified in New York County
My Commission Expires June 22, 2013