UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

ALEX GERSKOVICH

                                    Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                                  Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

15 CV 7280 (RMB)

      **PLEASE TAKE NOTICE** that **Andrew Lucas,** Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary Carter, attorney for defendant City of New York.

Dated:  New York, New York
          October 16, 2015

                                              ZACHARY CARTER
                                              Corporation Counsel
                                              of the City of New York
                                              *Attorney for Defendant City*
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 356-2373

                                          By:            /s/
                                                          Andrew Lucas
                                                           Assistant Corporation Counsel
                                                           Special Federal Litigation Division