UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Alex Cerskovich
                    Plaintiff(s),

- v -

NYPD 100o, NYC, et al
                    Defendant(s).
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/15

**Case Management Plan**

15 cv. 7280 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by  1/15/16

(ii)  Amend the pleadings by  1/15/16

(iii) All discovery to be expeditiously completed by  4/16/16

(iv)  Consent to Proceed before Magistrate Judge  NO

(v)   Status of settlement discussions  January 19, 2016 @ 10:00 am with Awaiting responsive pleadings

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other  Proceeding under SDNY Plan except for mediation which will occur before J. Freeman

SO ORDERED: New York, New York
10/19/15

RMB
Hon. Richard M. Berman, U.S.D.J.