πIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| ALEX GERSKOVICH,<br><br>Plaintiff(s),<br><br>-against-<br><br>NYPD CAPTAIN MARK IOCCO,<br><br>Defendant(s). | INDEX NO. 15-cv-7280 (RMB)(DCF)<br><br>Affidavit of Service |

---------------------------------------------------------x

DAVID THOMPSON, being duly sworn, deposes and says:

1. I am not a party to the action, I am over eighteen years of age, and I reside in New York, N.Y.

2. On Thursday, January 21, 2016, at approximately 10:13 AM, I served a true copy of the following papers: the summons and complaint in this action upon Daniel Cross, Tax ID 944473, of the Bronx Court Section by delivering the same to his/her actual place of business: the Bronx Court Section 215 East 161st Street, Bronx NY 10451, and by leaving same with: Officer Diciero, Badge No. 1466, who was a person of suitable age and discretion. PO Diciero who received the documents appeared to be a Male caucasian of approximately 45 years old, 5'8", and 190 lbs., with close-cropped dark and grey hair, and glasses. Court officers at the entrance of the aforementioned courthouse directed your affiant to the officer sign-in room on level LM of the courthouse, where Sergeant White, badge no. 23500, a female African American (approximately 5'8" 140 lbs. 40 years old), personally conducted me to Officer Diciero on the main floor. Officer Diciero stated that he was authorized to accept the envelope containind the papers, took said envelope, and copied the undersigned's ID.

3. In addition, On Friday, January 22, 2016, I mailed a true copy of the same papers upon Daniel Cross to his/her actual place of business: Bronx Court Section 215 East 161st Street, Bronx NY 10451, by placing same with correct first class postage paid in a post-office or official depository of the U.S. Postal Service within the State of New York. The aforementioned documents were mailed in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL," with no external indication that it contained legal process or originated from a law office.

Sworn to before me this
22nd day of JANUARY, 2016

NOTARY PUBLIC

WYLIE M. STECKLOW, ESQ.
Notary Public, State of New York
Qualified in New York County
No. 02ST5063370
My Commission Expires July 22, 2016

David Thompson